AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 21-MJ-8005-BER |
| CARL LEE JASPERSE | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 8, 2021_____ in the county of _____Palm Beach_____ in the ___Southern___ District of ___Florida___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) and (b)(1) | Distribution of Child Pornography |
| 18 U.S.C. § 2252(a)(4)(B) and (b)(2) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached Affidavit

FILED BY ___TM___ D.C.

Jan 8, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

☑ Continued on the attached sheet.

_____
*Complainant's signature*

HSI Special Agent Lori Albo
*Printed name and title*

Subscribed and sworn to before me in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (FaceTime).

Date: ___01/08/2021___

_____
*Judge's signature*

City and state: ___West Palm Beach, Florida___    Bruce E. Reinhart, United State Magistrate Judge
*Printed name and title*

I, Lori B. Albo, being duly sworn, hereby deposes and states as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I, Lori B. Albo, am a Special Agent with the Department of Homeland Security and have been so employed for the past 24 years. Among my responsibilities as a Special Agent are investigating crimes against children, particularly offenses involving child pornography and the exploitation of children, including but not limited to matters related to the sexual exploitation of minors, Internet child pornography, and offenses in violation of Title 18, United States Code, Section 2252. I have attended and received specialized training in this area of law enforcement, and have both personally investigated, as well as assisted, in investigations involving the exploitation of children. I have observed and reviewed hundreds of images and videos of child pornography in all forms of media, including computer media, and have discussed and reviewed these materials with other law enforcement officers. I have also spoken with many individuals who have sexually abused children or unlawfully possessed, distributed, or produced child pornography. From those conversations, I am aware of common methods individuals use to sexually exploit children online.

2. In this capacity, I have investigated child exploitation and internet crimes against children cases. I have participated in investigations of persons suspected of violating federal child pornography laws, including Title 18, United States Code, Section 2252. These investigations have included the use of surveillance techniques, undercover activities, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. In the course of these investigations, I have reviewed still images and videos containing child pornography and images depicting minor children engaged in sexually explicit conduct on all forms of electronic media including computers, digital cameras, and wireless telephones, and have

discussed and reviewed these materials with other law enforcement officers. I have also participated in training programs for the investigation and enforcement of federal child pornography laws relating to the use of computers for receiving, transmitting, and storing child pornography.

3. The facts set forth in this affidavit are based upon my personal knowledge, information obtained from others involved in this investigation, including other law enforcement officers, my review of documents and information gained through training and experience. Since this affidavit is being submitted for the limited purpose of establishing probable cause to support a Criminal Complaint, I have not included each and every fact known to me concerning this investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause to believe that **Carl Lee Jasperse** (hereinafter referred to as "**JASPERSE**") has violated Title 18, United States Code, Section 2252(a)(2) and (b)(1) (distribution of child pornography) on January 1, 2021 and Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2) (possession of child pornography).

## SUMMARY OF THE INVESTIGATION

4. Kik Messenger, an electronic service provider (ESP), acquired by MediaLab.ia, Inc. in California in 2019, (hereinafter referred to as "Kik") is a chat application for mobile devices in which users can send text messages, pictures, and videos to other users. Users can communicate directly with an individual or with multiple users in a group chat. When signing up for a Kik account, a user supplies an email address, a unique username, and a display name that is seen when chatting with others.

5. Kik reported to the National Center for Missing and Exploited Children (NCMEC) that Kik account **Ptcruzer201** had uploaded or shared twenty-seven (27) videos between October

13–15, 2020. Kik provided the file name and unique MD5 Hash value of each video, the upload date and time, as well as the IP address of the user. Kik also provided whether each video was sent from **Ptcruzer201** to another user via private chat message (25 videos) or shared in a messaging group by the **Ptcruzer201** (2 videos). Kik also provided the verified email address associated with the **Ptcruzer201**: carljasperse@aol.com.

6. Your affiant reviewed the videos and confirmed many were in fact child pornography as defined by federal statute and several are identified below:

    a. FILE NAME: 0d9344f2-699a-4bf6-a735-da8d737d105e is an approximately 20 second-long video where an adult male is kneeling with his erect penis in view (the adult male appears to be holding the camera recording the incident). Two (2) pre-pubescent females (approx. 8 years old) who appear to be only wearing underwear, are laying down as they hold, kiss and lick the adult males erect penis;

    b. FILE NAME: 26328a65-934f-442d-81c3-fd43b39a69ea is an approximately 1 minute 59 second-long video where an adult male is laying on his back with an approximately 4-5 year old naked female child sitting between his legs. The child is seen using both her hands to masturbate the adult's erect penis. The adult male appears to be holding the camera recording the incident. There is audio with the video of the child saying "why is it not squirting", and the adult male replies "go a little faster and use your mouth and it will", at which point the child puts the adult's erect penis in her mouth. The child refers to the adult as "DAD". The adult continues to masturbate himself until he ejaculates, while the child touches it; and

    c. FILE NAME: 522480a1-31e6-4b9e-a940-c10cd5cfc349 is an approximately 24 second-long video where an adult male is standing over a female child approximately 5-6 years of age. The child is laying on her back and is naked from the waist down. The adult male appears to be holding the camera recording the incident. The adult male anally penetrates the child.

7. Kik responded to a subpoena for subscriber information of Ptcruzer201, indicating the user generated first name "Dandy" and last name "Daddy (PM Open)", as well as confirming

the account registration email address of carljasperse@aol.com. The account was created on July 24, 2020 from an iPhone. Kik also provided IP logs from September 27, 2020 through October 15, 2020, mostly from AT&T IP address 108.241.67.188, which was the IP address used to upload several of the child pornography images between October 13-15, 2020. AT&T responded to a subpoena for the Ptcruzer201 IP address 108.241.67.188. AT&T provided the IP address was issued to Carl Jasperse at the apartment in Lantana, Florida with a current 616-area code phone number. In response to a subpoena, AOL confirmed the email address carljasperse@aol.com was currently active, created in 2000 with a user generated name of Carl Jasperse, had an alternate verified email address of ptcruzer20@aol.com, and the same 616-area code phone number provided by AT&T.

8. On January 3, 2021, Kik responded to a federal search warrant for the account information of the Kik user Ptcruzer201. The subscriber and IP information originally generated by Kik in October 2020, as noted above, was re-confirmed. The information confirmed the account was accessed from an Apple iPhone. In addition, Kik provided records of communication both in private and group settings by Ptcruzer201.[1] Kik logged more than 4800 individual exchanges to and from Ptcruzer201 with dozens of different users; and to some of them hundreds of times. A further review of these records included the following information:

   a. In a log entitled "chat_sent_received", Ptcruzer201 had communication (likely outgoing) with user *Ptcruzer20* on October 15, 2020 at 15:38 UTC.

   b. In a log entitled "group_receive_msg", Ptcruzer201 had communication (likely incoming) from user *Ptcruzer20* on October 15, 16, 18, 20, 23, 26, 2020 and December 7, 2020 at 23:53 UTC.

---

[1] Media Lab, Inc. does not keep records of the actual communication (i.e. text, photo, video), just a log of who the communication was with by username, the date and time, and a unique identifier of the group.

9.     On January 4, 2020, an HSI agent accessed the Kik application and confirmed that the user of Ptcruzer20 with first and last name "Dandy Daddy (PM Open)" was online and available for communication in the app.

10.    On January 7, 2021, a federal search warrant for JASPERSE's residence located in at the Lantana, Florida apartment address provided by AT&T was issued. Public records confirmed JASPERSE lived there. On January 8, 2021, agents executed the warrant at the aforementioned residence. As a result of the search, agents seized multiple electronic devices, including an Apple iPhone 8. They also seized JASPERSE's United States passport.

11.    A forensic preview of the iPhone 8 revealed the presence of videos and images of child pornography. The following is a description of three videos found on the iPhone 8:

a.     File name "IMG_0528.mp4," is a video approximately 1 minute 30 seconds in length showing a prepubescent girl lying on her back with the an adult penis penetrates her vaginally;

b.     File name "IMG_0538.mp4," is a video approximately three minutes and 24 seconds in length showing a prepubescent girl laying on a table with an adult male penis in her rectum; and

c.     File name "0533.mp4," is a video approximately three minutes and 10 seconds in length showing a prepubescent female with an adult penis in her mouth.

12.    Federal agents were able to access JASPERSE's Kik account Ptcruzer20 on the iPhone8. Many chats were uncovered. A chat on January 1, 2021 between Ptcruzer20 (JASPERSE) and Kik user Cali revealed the Ptcruzer20's distribution of child pornography:

| Time | Sender | Message |
|---|---|---|
| 04:37:52 EST | Cali | Trade |
| 04:40:27 EST | Dandy Daddy | Of course. You first.... |
| 04:42:12 EST | Dandy Daddy | mom and dad with young? |
| 04:42:39 EST | Cali | [sends a picture not visible to your affiant] |
| 04:42:43 EST | Cali | [sends a picture not visible to your affiant] |
| 04:43:44 EST | Cali | [sends a picture not visible to your affiant] |

| 04:49:21 EST | Dandy Daddy | [sends a picture or video of a naked female approximately 7-9 years of age touching the penis of a naked male approximately 7-9 years of age] |
|---|---|---|
| 04:49:51 EST | Cali | Mmmm any more |
| 04:49:54 EST | Cali | that's hot |
| 04:50:54 EST | Dandy Daddy | [sends a picture or video of a naked female approximately 5-7 years of age holding the penis of a naked adult male] |
| 04:52:00 EST | Dandy Daddy | "lots more.... you next" |
| 04:53:54 EST | Dandy Daddy | [sends a picture or video of a clothed adult female holding the penis of a naked adult male while a 7-9 year old female sits between the legs of the adult male] |
| 04:55:05 EST | Cali | [sends 1 picture not visible to your affiant] |
| 04:55:47 EST | Dandy Daddy | Mommy and daughter? |

13. JASPERSE was asked to speak with law enforcement and consensually accompanied your affiant to the Lantana Police Department. JASPERSE was read his *Miranda* warnings. JASPERSE waived his *Miranda* rights and agreed to speak to your affiant. JASPERSE admitted that the he has Kik account Ptcruzer20, it belonged to him, and that nobody else used it. He accessed the Kik account on his Apple iPhone8. JASPERSE was shown screen shots of videos that Kik provided in the tip to NCMEC noted above from account Ptcruzter201. JASPERSE admitted to sending and receiving the videos that agents showed him screen shots of. He acknowledged that he utilized Kik chat rooms to communicate with approximately 100 people. JASPERSE confirmed his personal email accounts carljasperse@aol.com, ptcruzer20@aol.com belonged to him, and he is the only user of those accounts. JASPERSE stated he lived alone and no one else has access to his email accounts or his iPhone8. JASPERSE acknowledged the user name "dandy daddy" and offered that he used it also as a stage name.

## CONCLUSION

14. Based on the aforementioned factual information, I respectfully submit that there is probable cause to support the arrest of Carl Lee Jasperse for distribution of child pornography, in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1) and possession of child

pornography in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

FURTHER SAYETH YOUR AFFIANT NAUGHT.

_____
Lori B. Albo
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (FaceTime) this 8th day of January, 2021.

_____
HONORABLE BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:   CARL LEE JASPERSE

Case No:   21-MJ-8005-BER

Count #: 1

Distribution of Child Pornography

Title 18, United States Code, Section 2252(a)(2) and (b)(1)

*Max. Penalty:   20 Years' Imprisonment (5 year minimum mandatory), $250,000 fine, Supervised Release of 5 Years to Life, $5000 Special Assessment, $100 Assessment, Restitution


Count #: 2

Possession of Child Pornography

Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2)

*Max. Penalty:   20 Years' Imprisonment, $250,000 fine, Supervised Release of 5 Years to Life, $5000 Special Assessment, $100 Assessment, Restitution


  *Refers only to possible term of incarceration, fines, special assessments, does not include possible restitution, parole terms, or forfeitures that may be applicable.


Case 9:21-mj-08005-BER   Document 1   Entered on FLSD Docket 01/08/2021   Page 10 of 11

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 21-MJ-8005-BER

### BOND RECOMMENDATION

DEFENDANT: CARL LEE JASPERSE

PTD
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Gregory Schiller*
AUSA: Gregory Schiller

Last Known Address: _____

What Facility: _____

Agent(s): HSI SA Lori Albo
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-MJ-8005-BER

UNITED STATES OF AMERICA

v.

CARL LEE JASPERSE

        Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  ___ Yes ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  ___ Yes ✓ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  ___ Yes ✓ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: *Gregory Schiller*

GREGORY SCHILLER
ASSISTANT UNITED STATES ATTORNEY
District Court No. A5501906
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:    561-209-1045
Fax:
Email:   gregory.schiller@usdoj.gov